UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD SANTANA,

        Plaintiff,

v.                                          Case No:   2:16-cv-30-FtM-99CM

STCR ACQUISITION, LLC,

        Defendant.

_____

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Strike Defendant's Notice of Filing Supplemental Exhibit C ("Motion to Strike") (Doc. 36) filed on April 26, 2016 and Defendant's Motion to File Reply and to Supplement its Motion for Protective Order, and Incorporated Memorandum of Law ("Motion to File Reply") (Doc. 38) filed on April 29, 2016.

On March 4, 2016, Defendant filed a Motion for Protective Order seeking to prohibit Plaintiff from entering Defendant's premises at the Stir Crazy Fresh Asian Grill and communicating with its employees.   Doc. 19.   On March 16, 2016, Plaintiff filed an amended response in opposition.[1]   Doc. 26.   On April 14, 2016, Defendant filed a Notice of Filing Supplemental Exhibit to [CM/ECF #19, Filed on March 4, 2016].   Doc. 32.   Plaintiff now seeks to strike this supplemental exhibit.   *See* Doc. 36.

---

[1] Plaintiff initially filed an unsigned response on March 11, 2016.   (Doc. 22).

M.D. Fla. R. 3.01 sets forth the framework for filing a motion before the Court. In a motion or other application for an order, the movant must include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request.   M.D. Fla. R. 3.01(a). The party opposing the motion has fourteen days from service of such motion within which to file a response.   M.D. Fla. R. 3.01(b).   After a response is filed, "[n]o party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave."   M.D. Fla. R. 3.01(c).   Here, the supplemental exhibit was filed without prior leave of court, and therefore in contravention to the local rules.   For these reasons, Plaintiff's Motion to Strike (Doc. 36) is due to be granted.

Defendant, however, now seeks leave to supplement its Motion for Protective Order (Doc. 19) to address certain averments by Plaintiff's response in opposition (Doc. 26), and to include additional details that Defendant has discovered since it filed its Motion for Protective Order.   *See* Doc. 38.   "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court."   *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011).   "While parties may ask for leave to file a reply, they must show good cause."   *McDonald v. United States*, No. 3:13-cv-168-J-37MCR, 2013 WL 3901871, at *1 n.3 (M.D. Fla. July 29, 2013).   Upon due consideration, the Court finds that a brief reply would benefit its review of the pending Motion for Protective Order (Doc. 19) and that Defendant

has shown good cause for its filing.   Accordingly, Defendant's Motion to File Reply is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1.      Motion to Strike Defendant's Notice of Filing Supplemental Exhibit C (Doc. 36) is **GRANTED**.   The Clerk is directed to STRIKE Defendant, STCR Acquisition, LLC's Notice of Filing Supplemental Exhibit to [CM/ECF #19, Filed on March 4, 2016] (Doc. 32) from the docket.

2.      Defendant's Motion to File Reply and to Supplement its Motion for Protective Order, and Incorporated Memorandum of Law (Doc. 38) is **GRANTED**. Defendant shall have up to and including **May 20, 2016** to file a reply of no more than ten (10) pages.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record